Adil Hiramanek
80 South Market Street
San Jose, CA 95113
Telephone: (408) 673-7560

Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Alleged Violation No. 4708212 |
|---|---|
| Plaintiff | [PROPOSED] **ORDER** |
| v. | U.S. Magistrate Judge: Hon. Michael J. Seng |
| ADIL HIRAMANEK, | |
| Defendant | |

The Court has considered Defendant Adil Hiramanek's Rule 43 Waiver Request To Appear Remotely.

~~Finding that good cause exists, Defendant's above request is GRANTED/~~ **DENIED** WITHOUT PREJUDICE TO ITS RESUBMISSION BY AN ATTORNEY LICENSED AND AUTHORIZED TO APPEAR IN THIS COURT. ~~Defendant may appear remotely for all hearings in this case.~~ DEFENDANT IS INVITED TO CONTACT THE FEDERAL DEFENDER IN SACRAMENTO FOR ASSISTANCE.

IT IS SO ORDERED.

DATED: 9/13/16

United States District Judge

USA v. Hiramanek,    Rule 43 Request    4