# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADIL HIRAMANEK,<br><br>　　　　　Defendant. | CASE NO. 6:16-po-00345-MJS<br><br>**ORDER RE Amended Rule 43 Request** |

　　　　The Court has considered Defendant Adil Hiramanek's Amended Rule 43 Request to appear remotely and the government's reported non-opposition to the Request.

　　　　Good cause appearing, Defendant's request is GRANTED insofar as, and only insofar as, Defendant may appear at his initial appearance and, subject to further Order of this Court, other **pretrial** proceedings by telephone by calling 888.204.5984 and entering access number 4446176 five minutes before the scheduled hearing and remaining on the line until the Court joins the call.

IT IS SO ORDERED.

　　　Dated:   September 30, 2016　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

.