Adil Hiramanek
80 South Market Street
San Jose, CA 95113
Telephone: (408) 673-7560

Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>ADIL HIRAMANEK,<br><br>Defendant | Case No. 6:16-po-00345-MJS<br><br>**STIPULATION AND ORDER TO CONTINUE JAN. 25, 2017 COURT DATE** |

    Plaintiff's counsel Ms. Susan St. Vincent and Defendant Adil Hiramanek, met and conferred on Jan. 5, 2017 and concluded that for a variety of reasons the case is not ripe for trial currently scheduled on Jan. 25, 2017. Accordingly, the parties hereby agree and submit this mutually acceptable Stipulation and Order to continue the currently scheduled Jan. 25, 2017 court date:

    NOW, THEREFORE, ALL PARTIES, HEREBY STIPULATE that the currently scheduled trial date of Jan. 25, 2017 is hereby vacated and to be reset to April 26, 2017. To the extent the April 26, 2017 date is unavailable on court's calendar, parties agree to the next available trial date on court's calendar. This stipulation does not restrict either parties' right to pre-trial remedies including as to a change of venue.

    IT IS SO STIPULATED

Dated: Jan. 5, 2017

/s/ Susan St. Vincent
Susan St. Vincent, Yosemite Legal Officer

Dated: Jan. 5, 2017

Adil Hiramanek, Defendant

The Court has considered the Parties' Stipulation to Continue the Trial Date and finds that it fails to identify facts or circumstances from which the Court reasonably could conclude that continuation of the trial date might be reasonable or necessary. .

Accordingly, the Parties' Stipulation to Continue the Trial Date in case number 6:16-po-00345-MJS is DENIED without prejudice to its resubmission accompanied by reasonable justification.

IT IS SO ORDERED.

Dated:   January 7, 2017          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

USA v. Hiramanek                         Stipulation and Order                         2