Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, CA   95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADIL HIRAMANEK,<br><br>　　　　　Defendant. | Case number:  6:16-po-0345-MJS<br><br>STIPULATION TO CONTINUE TRIAL DATE; AND ORDER THEREON |

　　　　The parties in this matter jointly request that the trial in this matter set currently scheduled for January 25, 2017 be continued to April 26, 2017 at 1:00 p.m.  The parties had previously submitted a Stipulation for Continuance to this Court, which was denied on December 7, 2017.  However, the Court's written Order gave leave for the parties to resubmit a request with proper justification for the continuance.  Due to the weather concerns in Yosemite Valley, the Legal Officer has been out of the office, and has not been able to communicate efficiently with the Defendant.  As Defendant previously joined in a stipulation requesting a continuance of the trial date, the Government makes this renewed request for the following reasons on behalf of both parties.

　　　　Discovery was ordered in this matter on November 15, 2016.  On November 30, 2016, the Legal Officer believed initial discovery was sent by e-mail to the Defendant, and on December 12, 2016, additional discovery was sent also by e-mail to the

1

1  Defendant.  On January 5, 2017, during a phone conversation, the Defendant informed
2  the Legal Officer he had not received the initial discovery production, but had received
3  the additional discovery production.  On reviewing the file and e-mail logs, the Legal
4  Officer could not verify the discovery dated November 30, 2016 was sent to the
5  Defendant.  The discovery was then sent on January 5, 2017, and receipt was confirmed
6  by Defendant.  As discovery was delayed, the parties agree additional time may be
7  needed to review documents provided.

8  Further, the Defendant has informed the Government he requires additional time
9  to make a request to the Court for Defense witnesses and the Defendant to appear via
10 video. One of the witnesses is elderly and in poor health and travel to Yosemite would
11 be a hardship.  Should the Court grant the video appearance, the Defendant will require
12 the additional time to make arrangements.

13 Additionally, on December 14, 2016, Defendant filed a Notice of Appeal
14 challenging the denial of a waiver of personal appearance.  That appeal is currently
15 pending before Judge O'Neil.

16 For the reasons stated above, the Government hereby requests this Court
17 continue the trial date in this matter to April 26, 2017.

Dated:  January 12, 2017      /S/ Susan St. Vincent
                              Susan St. Vincent
                              Legal Officer
                              Yosemite National Park

2

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the trial date for U.S. v. Hiramanek, case number 6:16-po-0345-MJS, currently scheduled for January 25, 2017 is hereby continued to March 1, 2017 at 1:00 p.m.

IT IS SO ORDERED.

Dated:   January 17, 2017          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

3