UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADIL HIRAMANEK,<br><br>Defendant. | **Case No. 6:16-po-00345-MJS**<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF MAGISTRATE JUDGE'S RULING UNDER LOCAL RULE 303(C)**<br><br>**(ECF No. 34)** |

This case arises out of a traffic citation issued on May 12, 2016 in Yosemite National Park. (ECF No. 1.) Trial is scheduled for April 26, 2017 in the Yosemite Courthouse. (ECF No. 25.)

On April 6, 2017, this Court issued an order denying Defendant's request to appear remotely for trial. (ECF No. 29.) On April 17, 2017, Defendant filed a motion for reconsideration of the Court's denial of his request for remote appearance at trial. (ECF No. 30.) Then, on April 19, 2017, Defendant filed a motion to transfer the trial venue under Federal Rule of Criminal Procedure 21. (ECF No. 31.)

On April 20, 2017, the Court denied the motion for reconsideration. (ECF No. 33.) Also on that date, the Court issued a minute order denying the request for venue transfer. (ECF No. 32.)

Now before the Court is Defendant's April 20, 2017 "Motion for Reconsideration by the District Court Judge of [the] Magistrate Judge's Ruling." (ECF No. 34.) He seeks

1

reconsideration of both this Court's order denying his request for remote appearance and the order denying his request for a venue transfer. He seeks reconsideration pursuant to Local Rule 303.

Local Rule 303(c) applies to civil actions, and states: "A party seeking reconsideration of the Magistrate Judge's ruling shall file a request for reconsideration by a Judge and serve the Magistrate Judge and all parties." It is drawn from Federal Rule of Civil Procedure 72(a), which requires a District Judge to modify or set aside any part of a non-dispositive order by a Magistrate Judge that is clearly erroneous or contrary to law.

Here, Defendant is charged with a petty offense. 18 U.S.C. § 19 ("[T]he term 'petty offense' means a Class B misdemeanor, a Class C misdemeanor, or an infraction.") A Magistrate Judge retains jurisdiction over petty offenses. 28 U.S.C. § 636(a)(4). Defendant therefore may not seek reconsideration under Local Rule 303(c). If he is dissatisfied with the Magistrate Judge's ruling, he must file an appeal to the District Court. Fed. R. Crim. P. 58(g)(2)(A) ("Either party may appeal an order of a magistrate judge to a district judge within 14 days of its entry.")

Based on the foregoing, IT IS HEREBY ORDERED THAT Defendant's motion for reconsideration pursuant to Local Rule 303(c) (ECF No. 34) is DENIED.

IT IS SO ORDERED.

Dated: April 21, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE