Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADIL HIRAMANEK,<br><br>　　　　　Defendant. | No.  6:16-po-00345-MJS<br><br>STIPULATION TO VACATE TRIAL DATE; AND ORDER THEREON |

　　　　IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Adil Hiramanek, by and through Assistant Federal Defender, Reed Grantham, that the trial in the above-captioned matter set for April 25, 2017 be vacated, and the defendant be allowed to withdraw his previously entered not guilty plea and post a collateral in lieu of personal appearance.  Pursuant to the Settlement Agreement, attached hereto, the parties have reached a resolution wherein the defendant will pay forfeiture of collateral in the amount of $100 plus a $30 processing fee within 30 days.  The parties further request the citation not be reported to the California Department of Motor Vehicles.

　　　　Dated:  April 25, 2017　　　　　　　　/S/ Susan St. Vincent_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Legal Officer
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Yosemite National Park

1

Dated: April 25, 2017                    /S/ Admil Hiramanek
                                         Adil Hiramanek
                                         Defendant


Dated: April 25, 2017                    /S/ Reed Grantham
                                         Reed Grantham
                                         Assistant Federal Defender


**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the April 25, 2017, Trial in <u>U.S. v. Hiramanek</u>, *6:16-po-00345-MJS*, is hereby vacated. The court further orders:

1. The defendant's previously entered not-guilty plea is withdrawn
2. The defendant will pay a collateral forfeiture of $100 plus a $30 processing fee to the Central Violation Bureau within 30 days
3. The citation shall not be reported to the California Department of Motor Vehicles

IT IS SO ORDERED.

Dated:   April 25, 2017                  /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE